Walser Liquor License Case.

Argued December 13, 1967. *Paul A. McGlone,* for appellant; *I. Reines Skier,* Special

Assistant Attorney General, with him *Thomas J. Shannon,* Assistant Attorney General, and *William C. Sennett,* Attorney General, for Pennsylvania Liquor Control Board, appellee.

Order affirmed.

ERVIN, P. J., and WRIGHT, J., took no part in the consideration or decision of this case.